IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MULE-HIDE PRODUCTS CO., INC.

    Plaintiff,

v.                                 Case No. 18-cv-659-jdp

MOD PANEL MANUFACTURING, LTD.

    Defendant.

---

## ORDER FOR DEFAULT JUDGMENT AGAINST MOD PANEL MANUFACTURING, LTD.

---

It appearing from the records in the above-entitled action that the Summons and Complaint in this matter has been served upon Defendant Mod Panel Manufacturing, Ltd., and it further appearing that Defendant Mod Panel Manufacturing, Ltd. has failed to plead or otherwise respond to the Complaint as required by the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of Defendant, Mod Panel Manufacturing, Ltd. is hereby entered pursuant to Federal Rule of Civil Procedure 55(b)(1), as follows:

    1.    Plaintiff Mule-Hide Products Co., Inc. shall have and recover from Defendant Mod Panel Manufacturing, Ltd. a judgment of $264,036.00 U.S. Dollars for unpaid invoices;

    2.    Plaintiff Mule-Hide Products Co., Inc. shall have and recover from Defendant Mod Panel Manufacturing, Ltd. a judgment of $114,157.70 Canadian Dollars for unpaid invoices; and

3. Plaintiff Mule-Hide Products Co., Inc. shall have and recover from Defendant Mod Panel Manufacturing, Ltd. a judgment of $260,174.81 Canadian Dollars for unpaid commissions invoices.

Dated this 13TH day of August, 2019.

BY THE COURT:

/s/ James D. Peterson
James D. Peterson
U.S. District Judge


Peter A. Oppeneer
Clerk, United States District Court
Western District of Wisconsin