IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MULE-HIDE PRODUCTS CO., INC.,

     Plaintiff,

    v.

MOD PANEL MANUFACTURING, LTD.
and PETER KISS,

     Defendants.

Case No.  18-cv-659-jdp

## JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Peter Kiss against plaintiff Mule-Hide Products Co., Inc. dismissing plaintiff's fraud claim against this defendant.

IT IS FURTHER ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Mule-Hide Products Co., Inc. against defendant Mod Panel Manufacturing, Ltd. in the amount of $264,036.00 U.S. Dollars for unpaid invoices; $114,157.70 Canadian Dollars for unpaid invoices; and $260,174.81 Canadian Dollars for unpaid commissions invoices.

_____s/ A. Wiseman, Deputy Clerk_____
Peter Oppeneer, Clerk of Court

_____August 14, 2019_____
Date